GREINES, MARTIN, STEIN & RICHLAND LLP
Robin Meadow, Bar No. 51126
rmeadow@gmsr.com
6420 Wilshire Blvd., Suite 1100
Los Angeles, California 90048
Telephone: (310) 859-7811
Facsimile: (310) 276-5261

FILED
JAN - 6 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

Attorneys for Plaintiffs Martin D. Fern
and Linda Taylor-Fern, individually
and as Trustees of the Fern-Taylor Family Trust
dated December 2, 2008

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DAVID TUDOR CHAMBERLAIN,<br><br>*Debtor.* | Adversary No.: 8:17-ap-01101-ES<br><br>Chapter 11<br><br>*Assigned to Judge Erithe Smith* |
| MARTIN D. FERN, individually and as Trustee of the Fern-Taylor Family Trust Dated December 2, 2008; LINDA TAYLOR-FERN individually and as Trustee of the Fern-Taylor Family Trust Dated December 2, 2008,<br><br>*Plaintiffs,*<br><br>vs.<br><br>DAVID T. CHAMBERLAIN, an individual; LINDA CHAMBERLAIN, an individual,<br><br>*Defendants.* | **STIPULATION OF DISMISSAL**<br><br>Complaint filed: June 9, 2017 |

BY FAX

1
STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Bankruptcy Procedure Rule 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby stipulate that this action shall be, and is hereby, dismissed.

Dated: January 5, 2023    GREINES, MARTIN, STEIN & RICHLAND LLP
Robin Meadow

By _____
Robin Meadow

Attorneys for Plaintiffs Martin D. Fern and Linda Taylor-Fern, individually and as a Trustees of the Fern-Taylor Family Trust dated December 2, 2008

Dated: January 5, 2023    LAW OFFICES OF GREGORY S. PAGE
Gregory S. Page

By _____
Gregory S. Page

Attorneys for Defendants DAVID T. CHAMBERLAIN and LINDA CHAMBERLAIN

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 6420 Wilshire Boulevard, Suite 1100, Los Angeles, California 90048, and my email address is pherndon@gmsr.com.

On January 5, 2023, I served the foregoing document described as: **STIPULATION OF DISMISSAL** on the interested parties in this action by serving:

Gregory S. Page, Esq.
LAW OFFICES OF GREGORY S. PAGE
34932 Calle Del Sol, Suite C
Dana Point, California 92624
Email: greg@pagelawyers.com

Norma V. Garcia, Esq.
GARCIA RAINEY BLANK & BOWERBANK LLP
695 Town Center Drive, Suite 700
Costa Mesa, California 92626
Email: ngarciaguillen@garciarainey.com

**Attorneys for Plaintiffs and Cross-Defendants**
*DAVID T. CHAMBERLAIN and LINDA CHAMBERLAIN*

(✓ ✓) By Electronic Service: Based on an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on January 5, 2023 at Los Angeles, California.

*Pauletta L. Herndon*
Pauletta L. Herndon